Case 2:20-cr-00567-SB   Document 1   Filed 11/13/20   Page 1 of 3   Page ID #:1

FILED
CLERK, U.S. DISTRICT COURT
11/13/20
CENTRAL DISTRICT OF CALIFORNIA
BY: ___DM___ DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　　　v.<br><br>EDGARDO ZETA MONTALBAN,<br><br>　　　　　Defendant. | CR No. 2:20-cr-00567-SB<br><br>I N F O R M A T I O N<br><br>[18 U.S.C. § 1349: Conspiracy to Commit Wire Fraud; 18 U.S.C. § 1028A: Aggravated Identity Theft] |

The United States Attorney charges:

COUNT ONE

[18 U.S.C. § 1349]

Beginning in or before 2013, and continuing through September, 2020, in Los Angeles County, within the Central District of California, and elsewhere, defendant EDGARDO ZETA MONTALBAN and others conspired to commit wire fraud, in violation of Title 18, United States Code, Section 1343. The object of the conspiracy was carried out, and to be carried out, in substance, as follows: Defendant MONTALBAN, who held himself out as an accountant and tax preparer, would ask his clients to invest in a non-existent federal grant program he

called "Suppressed IRS Accounts."  Defendant MONTALBAN would tell his clients to identify dormant companies that they owned, and to pay him the amount of any outstanding taxes owed for each company.  Defendant MONTALBAN would claim that once the outstanding taxes were settled with the State of California, the grant applications would proceed with the federal government, and eventually pay the grantees millions of dollars for each dormant company.  A co-conspirator would make counterfeit Treasury checks payable to the victim clients for tens of millions of dollars, which defendant MONTALBAN would use as props to entice the victims to pay him.  Defendant MONTALBAN would explain to the victims that they had to pay him in cash in order to protect the secrecy of the grant program.  After the victims paid him, defendant MONTALBAN would make up excuses as to why the Treasury checks had been delayed, and trick the victims into paying him more money, purportedly for expenses necessary to overcome the obstacles to the issuance of their checks.  Throughout this conspiracy, defendant MONTALBAN and his co-conspirators communicated with each other and the victims about this scheme by wire in interstate commerce, defrauding the victims out of at least $4 million.

COUNT TWO

[18 U.S.C. § 1028A]

Beginning in or before 2013, and continuing through September, 2020, in Los Angeles County, within the Central District of California, and elsewhere, defendant EDGARDO ZETA MONTALBAN, knowingly transferred, possessed, and used, without lawful authority, a means of identification of another person, including counterfeit Treasury checks written out to victims, which law enforcement found in the residence of defendant MONTALBAN on September 2, 2020, during and in relation to a felony violation of Title 18, United States Code, Section 1349, Conspiracy to Commit Wire Fraud, as charged in Count One, knowing that the means of identification belonged to another actual person.

NICOLA T. HANNA
United States Attorney

*Brandon Fox*

BRANDON D. FOX
Assistant United States Attorney
Chief, Criminal Division

RANEE A. KATZENSTEIN
Assistant United States Attorney
Chief, Major Frauds Section

ANDREW BROWN
Assistant United States Attorney
Major Frauds Section